for appellee; George A. Paddock and Ralph C. Blaha, of counsel.
Mr. Justice Gridley delivered the opinion of the court.

---

John Evans Cornell, appellee, v. Carl G. Bingham, appellant. Gen. No. 25,980.
Two actions of the fourth class for instalments of rent. Actions consolidated and tried without a jury. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 3, 1921.
Bertram H. Montgomery, for appellant. John Thornton Gilbert, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

---

S. S. Berry, appellant, v. Alma Schultz, appellee. Gen. No. 26,022.
Action by a real estate broker for failure to exchange properties in accordance with an option contract signed by defendant. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed June 3, 1921.
Charles M. Haft, for appellant. Theodore Johnson, for appellee.
Mr. Justice Gridley delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Herbert Washington and William Chilton, plaintiffs in error. Gen. No. 26,265.
Indictment for burglary. Felony charge waived and pleas of guilty by defendants to the charge of petit larceny. Jury waived and judgment of guilty. Error to the Superior Court of Cook county; the Hon. Anton T. Zeman, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed June 3, 1921. Rehearing denied June 24, 1921.
F. L. Barnett and S. T. Clanton, for plaintiffs in error. Robert E. Crowe and Edward E. Wilson, for defendant in error.
Mr. Justice Gridley delivered the opinion of the court.

---

City of Chicago, appellee, v. Thomas Plonzek, appellant. Gen. No. 26,993.
Conviction of violation of section 2012 of the Municipal Code. Commitment for nonpayment of fine and costs. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the October term, 1920. Motion allowed and judgment affirmed. Opinion filed June 3, 1921.
No appearance for appellant. Louis P. Piquett and Daniel Webster, for appellee.
Per Curiam.